**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MAYRA CECILIA MENCHACA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1809-KC** |
| | § | |
| **DEPARTMENT OF HOMELAND SECURITY,** | § | |
| | § | |
| | § | |
| **Respondent.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On July 7, 2026, the Court ordered Respondents to either release Cecilia Menchaca from custody or to file a brief disputing her entitlement to relief, by July 10. July 7, 2026, Order 2–3, ECF No. 2. Respondents have now informed the Court that Cecilia Menchaca was released. Status Report, ECF No. 5.

It appears that there are no remaining matters to be resolved in this case. *See generally* Pet., ECF No. 3; July 7, 2026, Order. Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 16th day of July, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE